UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAFET CHAVEZ, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-cv-0234-RCJ-LRL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ANTHONY SCILLIA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner moves for leave to proceed in *forma pauperis* and for the appointment of counsel. Petitioner is incarcerated at the High Desert State Prison for a significant term on a guilty plea and conviction for robbery with a deadly weapon and attempted murder with a deadly weapon. In his petition for writ of habeas corpus, Petitioner raises two claims, one alleging a violation of the prohibition on cruel and unusual punishment and one alleging a violation of his right to due process and equal protection. The petition presents a coherent and comprehensive document. There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert.* denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert.* denied, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also*

*Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). The claims in this case are not especially complex. Also, the court notes from the petition and from the other documents that petitioner has submitted to the Court that petitioner is able to present matters to the Court in an organized and understandable manner. Petitioner's motion shall be denied.

Petitioner has already paid the required filing fee and his financial statements demonstrate that he does not qualify for leave to proceed in *forma pauperis*. His motion shall be denied.

**IT IS THEREFORE ORDERED** that petitioners motion for leave to proceed in *forma pauperis* (docket #9) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (docket #10) is **DENIED.**

Dated this 30th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

2